UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sammy Strain | : | |
| | : | |
| v. | : | Civil Action No. 07-734 |
| | : | |
| Eddie Levert, et al. | : | |

# NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS ASSERTED AGAINST THE PIR DEFENDANTS

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Sammy Strain, by his undersigned counsel, hereby dismisses with prejudice all claims asserted by him against defendants Philadelphia International Records, Assorted Music, Inc., Gamble-Huff Productions, Kenneth Gamble, Leon Huff and Chuck Gamble in the above-captioned action.

　　　　　　　　　　　　　　　　　　　　　　/s/ Robert T Vance Jr
　　　　　　　　　　　　　　　　　　　Robert T Vance Jr (RTV3988)
　　　　　　　　　　　　　　　　　　　Law Offices of Robert T Vance Jr
　　　　　　　　　　　　　　　　　　　100 South Broad Street, Suite 1530
　　　　　　　　　　　　　　　　　　　Philadelphia PA 19110
　　　　　　　　　　　　　　　　　　　215 557 9550
　　　　　　　　　　　　　　　　　　　215 557 9552 f

　　　　　　　　　　　　　　　　　　　Charles A Whittier (pro hac vice)
　　　　　　　　　　　　　　　　　　　The Whittier Law Firm
　　　　　　　　　　　　　　　　　　　233 Broadway, Suite 531
　　　　　　　　　　　　　　　　　　　New York NY 10279
　　　　　　　　　　　　　　　　　　　212 269 2111
　　　　　　　　　　　　　　　　　　　212 766 4006 f

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: July 8, 2007