UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sammy Strain | : | |
| | : | |
| v. | : | Civil Action No. 07-734 |
| | : | |
| Eddie Levert, et al. | : | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(i)
<u>AGAINST DEFENDANTS EDDIE LEVERT AND WALTER WILLIAMS</u>**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff, Sammy Strain, by his undersigned counsel, hereby voluntarily dismisses all claims asserted by him against defendants Eddie Levert and Walter Williams in the above-captioned action.

                                                                                  */s/ Robert T Vance Jr*
Robert T Vance Jr (RTV3988)
Law Offices of Robert T Vance Jr
100 South Broad Street, Suite 1530
Philadelphia PA 19110
215 557 9550
215 557 9552 f

Charles A Whittier (pro hac vice)
The Whittier Law Firm
233 Broadway, Suite 531
New York NY 10279
212 269 2111
212 766 4006 f

*Attorneys for Plaintiff*

Dated: July 8, 2007