UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sammy Strain | : | |
| | : | |
| v. | : | Civil Action No. 07-734 |
| | : | |
| Eddie Levert, et al. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF ALL CLAIMS ASSERTED AGAINST O'JAYS, INC.**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Sammy Strain, by his undersigned counsel, hereby dismisses with prejudice all claims asserted by him against defendant O'Jays, Inc. in the above-captioned action.

                                           */s/ Robert T Vance Jr*
                                           Robert T Vance Jr (RTV3988)
                                           Law Offices of Robert T Vance Jr
                                           100 South Broad Street, Suite 1530
                                           Philadelphia PA 19110
                                           215 557 9550
                                           215 557 9552 f

                                           Charles A Whittier (pro hac vice)
                                           The Whittier Law Firm
                                           233 Broadway, Suite 531
                                           New York NY 10279
                                           212 269 2111
                                           212 766 4006 f

                                           *Attorneys for Plaintiff Sammy Strain*

Dated: July 23, 2007